**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NATIONAL AMERICAN INSURANCE COMPANY,

       Plaintiff,

v.                                                              No. 1:15-CV-01169 KG-KBM

A B C CONCRETE MFG CO., INC., *et al.*,

       Defendants.

### **STIPULATION OF DISMISSAL**

COMES NOW Plaintiff National American Insurance Company, by and through their attorneys, Butt, Thornton & Baehr, P.C. (James H. Johansen, Esq. and Brett C. Eaton, Esq.), and hereby stipulates to dismissal of Scottsdale Insurance Company without prejudice.

This Stipulation is filed in accordance with the provisions of Rule 41(a)(1)(A)(ii).

                                       BUTT, THORNTON & BAEHR, P.C.

                                       By:/s/ *James H. Johansen*
                                           James H. Johansen, Esq.
                                           Brett C. Eaton, Esq.
                                           PO Box 3170
                                           Albuquerque, NM 87190
                                           (505) 884-0777
                                           jhjohansen@btblaw.com
                                           bceaton@btblaw.com

Approved as to Form:

MONTGOMERY & ANDREWS, P.A.

/s/ *Approved via email 6/6/16 by:*
Kevin M. Sexton, Esq.
100 Sun Ave NE, Suite 410
Albuquerque, NM 87110
(505) 884-4200
ksexton@montand.com
*Attorneys for Scottsdale Insurance Company and National Casualty Company*


TUCKER, BURNS & YODER LAW FIRM

/s/ *Approved via email 6/6/16 by:*
Mitchel S. Burns, Esq.
105 North Orchard Ave.
Farmington, NM 87401
(505) 325-7755
mitch@tbylaw.com
*Attorney for ABC Concrete MFG Co., Inc.*