IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE COMPANY,

    Plaintiff,

vs.                                                    No. 1:15-cv-01169 KG-KBM

ABC CONCRETE MANUFACTURING CO., INC.;
ABC CONCRETE MANUFACTURING CO., INC. d/b/a
ABC SEPTIC SYSTEMS, INC.;
NICHOLAS MONTANO;
and NATIONAL CASUALTY COMPANY,

    Defendants.

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION
## TO EXCEED EXHIBIT PAGE LIMIT

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Exceed Exhibit Page Limit, and the Court having considered such unopposed motion and being otherwise advised in the premises, finds the unopposed motion well taken and shall be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall be permitted to exceed the page limitation for exhibits, up to one-hundred (100) pages in length, for Plaintiff's exhibits to its dispositive motions.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

/s/ *James H. Johansen*
James H. Johansen
Brett C. Eaton
Charlie B. Kraft
BUTT THORNTON & BAEHR PC
*Attorneys for Plaintiff*
  National American Insurance Company
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
jhjohansen@btblaw.com
bceaton@btblaw.com
cbkraft@btblaw.com

/s/ *Approved via email 12/13/17*
Kevin M. Sexton
MONTGOMERY & ANDREWS PA
100 Sun Ave. NE, Suite 410
Albuquerque, NM 87109-4677
(505) 884-4200
ksexton@montand.com

  and

Scott McMickle
MCMICKLE KUREY & BRANCH LLP
200 S. Main St.
Alpharetta, GA 30009-1914
(678) 824-7803
swm@mkblawfirm.com

*Attorneys for Defendant National Casualty Company*

/s/ *Approved via email 12/13/17*
Mitchel S. Burns
TUCKER BURNS YODER & HATFIELD LAW FIRM
*Attorneys for Defendants*
  ABC Concrete MFG Co., Inc. and
  ABC Septic Systems, Inc.
3751 N. Butler Ave., Suite 105
Farmington, NM 87401-6425
(505) 325-7888
mitch@tbylaw.com