IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NATIONAL AMERICAN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ABC CONCRETE MFG. CO., INC.; ABC CONCRETE MFG. CO., INC. d/b/a ABC SEPTIC SYSTEMS, INC.; NICHOLAS MONTANO; and NATIONAL CASUALTY COMPANY, <br><br> Defendants, | CASE NO.: 1:15-CV-01169-KG-KBM |

## NOTICE OF EXTENSION OF TIME FOR BRIEFING

Pursuant to D.N.M.LR-CIV 7.4(a), the parties have stipulated to an extension of time for Defendant National Casualty Company ("NCC") to file a response to Plaintiff National American Insurance Company's Motion for Summary Judgment (ECF No. 68) through and including January 18, 2018 to allow additional time due to the upcoming holidays and a previously planned vacation.

Respectfully submitted this 22nd day of December 2017.

Montgomery & Andrews, P.A.


By /s/Kevin M. Sexton
  Kevin M. Sexton, Esq.
  100 Sun Avenue, Suite 410
  Albuquerque, NM 87109
  (505) 884-4200
  ksexton@montand.com


and

{M0376435.1 13090 }

/s/Scott W. McMickle
Scott W. McMickle, Esq.
McMickle, Kurey & Branch, LLP
200 S. Main Street
Alpharetta, GA  30009
Telephone:  (678) 824-7800
Facsimile:  (678) 824-7801
Email:  SWM@mkblawfirm.com
Admitted *Pro Hac Vice*

**Attorney for Defendant
National Casualty Company**


BUTT, THORNTON & BAEHR, PC


/s/James H. Johansen
James H. Johansen, Esq.
Brent C. Eaton, Esq.
Charles B. Kraft, Esq.
P.O. Box 3170
Albuquerque, NM 87190
(505) 884-0777
jhjohansen@btblaw.com
bceaton@btblaw.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2017, I filed the foregoing **NOTICE OF EXTENSION OF TIME FOR BRIEFING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| James H. Johansen, Esq. | Mitchel S. Burns, Esq. |
| Brett C. Eaton, Esq. | Tucker, Burns, Yoder & Hatfield |
| Charles B. Kraft | 105 N. Orchard Avenue |
| BUTT THORNTON & BAEHR PC | Farmington, NM 87401 |
| P.O. Box 3170 | **Attorney for Defendants** |
| Albuquerque, NM 87190-3170 | **ABC Concrete MFG. Co., Inc.; ABC** |
| **Attorneys for Plaintiff** | **Concrete MFG. Co., Inc. d/b/a ABC Septic Systems, Inc.** |

/s/Kevin M. Sexton
KEVIN M. SEXTON
Montgomery & Andrews, PA
100 Sum Avenue
Suite 410
Albuquerque, NM 87109
Telephone: (505) 884-4200
Email: ksexton@montand.com

and

/s/Scott W. McMickle
SCOTT W. McMICKLE
McMickle, Kurey & Branch, LLP
200 S. Main Street
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email: SWM@mkblawfirm.com
Admitted *Pro Hac Vice*

**Attorneys for Defendants
Scottsdale Insurance Company and
National Casualty Company**

{M0376435.1 13090 }