IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.                                         Case No. 1:15-CV-01169-KG-KBM

ABC CONCRETE MFG. CO., INC., *et al.*,

    Defendants.

## STIPULATED ORDER FOR NATIONAL CASUALTY COMPANY TO EXCEED PAGE LIMIT PRESCRIBED IN D.N.M.LR-Civ. 7.5

THIS MATTER having come before the Court upon Defendant National Casualty Company's ("NCC") Unopposed Motion to Exceed Page Limit Prescribed in D.N.M.LR-Civ. 7.5, and the Court, having reviewed the pleadings and being fully advised in the premises, finds that NCC's motion is well taken and should be granted.

THE COURT FINDS that the motion is well taken, and good cause exists to grant the requested relief.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that NCC may exceed the page limit by 8 pages in its Response to Plaintiff's Motion for Summary Judgment.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE

Submitted by:
*/s/ Kevin M. Sexton*
Kevin M. Sexton, Esq.
Montgomery & Andrews, P.A.
100 Sun Avenue, Suite 410
Albuquerque, NM 87109
505-884-4200
ksexton@montand.com
*Attorney for National Casualty Company*

and

*/s/ Scott W. McMickle*
Scott W. McMickle, Esq.
McMickle, Kurey and Branch, LLP
200 South Main Street
Alpharetta, GA 30009
swm@mkblawfirm.com
*Attorney for National Casualty Company*

Approved by:

BUTT, THORNTON & BAEHR, P.C.

*(Electronic Approval –02/06/18 )*
James H. Johansen, Esq.
Brett C. Eaton, Esq.
Charles B. Kraft, Esq.
PO Box 3170
Albuquerque, NM 87190
(505) 884-0777
jhjohansen@btblaw.com
bceaton@btblaw.com
cbkraft@btblaw.com
*Attorneys for Plaintiff*


TUCKER, BURNS & YODER LAW FIRM

*(Electronic Approval – 02/06/18)*
Mitchel S. Burns, Esq.
105 North Orchard Ave.
Farmington, NM 87401
(505) 325-7755
mitch@tbylaw.com
*Attorney for ABC Concrete MFG Co., Inc.*