IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


NATIONAL AMERICAN INSURANCE COMPANY,

      Plaintiff,

vs.                          No. 1:15-cv-01169  KG-KBM

ABC CONCRETE MANUFACTURING CO., INC.;
ABC CONCRETE MANUFACTURING CO., INC. d/b/a
ABC SEPTIC SYSTEMS, INC.;
NICHOLAS MONTANO;
and NATIONAL CASUALTY COMPANY,

      Defendants.

## ORDER FOR EXTENSION OF DEADLINE
## TO SUBMIT PRE-TRIAL ORDER


THIS MATTER, having come before the court upon the "Joint Motion for Extension of Time to Submit Pre-Trial Order" and the Court having considered the motion and being otherwise fully advised in the premises, FINDS that the grounds for relief requested by Plaintiff and Defendant is well taken and should be adopted as the order of this court.

IT IS THEREFORE ORDERED that the deadline for submission of the Pre-Trial Order to the Court is extended and shall be determined after a ruling on the motions for summary judgment filed in this case.


_____
UNITED STATES DISTRICT JUDGE

Approved by:

/s/ *James H. Johansen*_____
James H. Johansen
Brett C. Eaton
Charlie B. Kraft
BUTT THORNTON & BAEHR PC
*Attorneys for Plaintiff*
  *National American Insurance Company*
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
jhjohansen@btblaw.com
bceaton@btblaw.com
cbkraft@btblaw.com

/s/ *Approved via email 2/28/18*
Kevin M. Sexton
MONTGOMERY & ANDREWS PA
100 Sun Ave. NE, Suite 410
Albuquerque, NM 87109-4677
(505) 884-4200
ksexton@montand.com

        and


Scott McMickle
MCMICKLE KUREY & BRANCH LLP
200 S. Main St.
Alpharetta, GA 30009-1914
(678) 824-7803
swm@mkblawfirm.com

*Attorneys for Defendant National Casualty Company*

/s/ *Approved via email 2/28/18*
Mitchel S. Burns
TUCKER BURNS YODER & HATFIELD LAW FIRM
*Attorneys for Defendants*
  *ABC Concrete MFG Co., Inc. and*
  *ABC Septic Systems, Inc.*
3751 N. Butler Ave., Suite 105
Farmington, NM 87401-6425
(505) 325-7888
mitch@tbylaw.com