IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE COMPANY,

    Plaintiff,

vs.                                       Case No. 1:15-cv-01169 KG-KBM

ABC CONCRETE MANUFACTURING CO., INC.;
ABC CONCRETE MANUFACTURING CO., INC. d/b/a
ABC SEPTIC SYSTEMS, INC.;
NICHOLAS MONTANO;
and NATIONAL CASUALTY COMPANY,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Joint Motion to Dismiss (Doc. 97) submitted by Plaintiff and Defendant, requests a dismissal of Plaintiff's Complaint, Defendant's counter-claims, and all claims and causes of action between the Parties therein, with prejudice pursuant to Rule 41(a)(2). The Court, having reviewed the Joint Motion and being otherwise fully advised in the premises, hereby FINDS the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint, Defendant's counter-claims, all claims and causes of action between the Parties therein, and all claims and causes which could have been brought between the Parties are hereby dismissed with prejudice. *See* Doc. 93, 94.

IT IS SO ORDERED.

                                                                _____
                                                                UNITES STATES DISTRICT JUDGE

Approved by:

/s/ *James H. Johansen*
James H. Johansen
Brett C. Eaton
Charlie B. Kraft
BUTT THORNTON & BAEHR PC
*Attorneys for Plaintiff*
  *National American Insurance Company*
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
jhjohansen@btblaw.com
bceaton@btblaw.com
cbkraft@btblaw.com

    and

/s/ *Approved via email 3/29/19*
Scott McMickle
MCMICKLE KUREY & BRANCH LLP
200 S. Main St.
Alpharetta, GA 30009-1914
(678) 824-7803
swm@mkblawfirm.com
*Attorneys for Defendant National Casualty Company*